Clayton L. Everett | State Bar No. 24065212
NORRED LAW, PLLC | 515 E. Border Street | Arlington, Texas 76010
Telephone: (817) 704-3984 | clayton@norredlaw.com
Counsel for Debtors

# United States Bankruptcy Court

Northern District of Texas
Fort Worth Division

| | |
|---|---|
| In re:<br>Dipesh Khadka and Sabnam Niraula Khadka,<br><br>Debtors | Case No. 25-43959-elm<br><br>Chapter 7 |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the *Debtors' Order of Discharge* [Dkt. 19] was served on January 15, 2026, via First-Class Mail to Everest Federal Credit Union at the following address:

Everest Federal Credit Union
37-51 7th St. FL 1B
Jackson Heights, NY 11372

    Respectfully submitted,

    Norred Law, PLLC
    By: /s/ Clayton L. Everett
    Clayton L. Everett
    Texas State Bar No. 24065212
    clayton@norredlaw.com
    515 E. Border Street
    Arlington, Texas 76010
    Telephone: (817)704-3984
    Counsel for Debtors