| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Dipesh Khadka<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–4306<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | Sabnam Niraula Khadka<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–8852<br>EIN   __–_____ |
| United States Bankruptcy Court   Northern District of Texas | | |
| Case number:   25–43959–elm7 | | |

## Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Dipesh Khadka                                  Sabnam Niraula Khadka

<u>1/13/26</u>                                  **By the court:**   <u>Edward L. Morris</u>
                                                United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Northern District of Texas

In re: Case No. 25-43959-elm
Dipesh Khadka Chapter 7
Sabnam Niraula Khadka
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0539-4      User: admin      Page 1 of 3
Date Rcvd: Jan 14, 2026      Form ID: 318      Total Noticed: 39

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 16, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Dipesh Khadka, Sabnam Niraula Khadka, 10601 Pippen Pl, Fort Worth, TX 76179-2685 |
| 22877206 | + | Brackett & Ellis, 100 Main St., Fort Worth, TX 76102-3008 |
| 22877216 | + | Everest Federal Credit Union, 3751 75th Street, Jackson Height, NY 11372-6422 |
| 22877222 | + | Manish Khadka, 5818 E University Blvd Apt 201, Dallas, TX 75206-4673 |
| 22877227 | + | Rick Barnes Tarrant County Tax Assessor, 100 E Weatherford, Fort Worth, TX 76196-0206 |
| 22877231 | | SYNCB/Rooms To Go, PO Box, Philadelphia, PA 19176 |
| 22877233 | + | Texas Alcoholic Beverage Commission-Taxing Authori, 5806 Mesa Dr., Austin, TX 78731-3765 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: AISACG.COM | Jan 15 2026 02:43:00 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | EDI: AISACG.COM | Jan 15 2026 02:43:00 | Capital One Auto Finance, a division of Capital On, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 22877204 | ^ | MEBN | Jan 14 2026 21:43:57 | Attorney General, Main Justice Bldg, Room 5111, 10th & Constitution Ave., N.W., Washington, DC 20530-0001 |
| 22877205 | + | Email/Text: bk@avant.com | Jan 14 2026 21:48:00 | Avant LLC/Web Bank, 222 W Merchandise Mart P, Chicago, IL 60654-1103 |
| 22877207 | + | EDI: CAPITALONE.COM | Jan 15 2026 02:43:00 | Capital One, PO Box 31293, Salt Lake, UT 84131-0293 |
| 22877208 | + | EDI: CAPONEAUTO.COM | Jan 15 2026 02:43:00 | Capital One Auto Finance, PO Box 60511, California, CA 91716-0511 |
| 22906754 | + | EDI: AISACG.COM | Jan 15 2026 02:43:00 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 22877209 | + | Email/Text: bankruptcy@cavps.com | Jan 14 2026 21:48:00 | Cavalry Portfolio Services, 500 Summit Lake Suite 400, Valhalla, NY 10595-2321 |
| 22877210 | + | EDI: JPMORGANCHASE | Jan 15 2026 02:43:00 | Chase, PO Box 15298, Wilmington, DE 19850-5298 |
| 22877211 | + | EDI: JPMORGANCHASE | Jan 15 2026 02:43:00 | Chase, PO Box 15369, Wilmington, DE 19850-5369 |
| 22877212 | + | EDI: CITICORP | Jan 15 2026 02:43:00 | Citi, PO Box 6217, Sioux Falls, SD 57117-6217 |
| 22877213 | + | Email/PDF: creditonebknotifications@resurgent.com | Jan 14 2026 21:49:56 | Credit One Bank, PO Box 98873, Los Vegas, NV 89193-8873 |

Case 25-43959-elm7   Doc 22   Filed 01/16/26   Entered 01/16/26 23:22:20   Desc
Imaged Certificate of Notice   Page 4 of 5

| District/off: 0539-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 14, 2026 | Form ID: 318 | Total Noticed: 39 |

| Recipient ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 22877214 | + | Email/PDF: creditonebknotifications@resurgent.com | Jan 14 2026 21:49:56 | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 22877215 | + | EDI: DISCOVER | Jan 15 2026 02:43:00 | Discover Bank, PO Box 30939, Salt Lake, UT 84130-0939 |
| 22877217 | + | Email/Text: crdept@na.firstsource.com | Jan 14 2026 21:48:00 | Firstsource Advantage LLC, 205 Bryant Woods South, Buffalo, NY 14228-3609 |
| 22877218 | + | EDI: IRS.COM | Jan 15 2026 02:43:00 | IRS, PO Box 7346, Philadelphia, PA 19101-7346 |
| 22877219 | | Email/Text: SMail@jbllc.com | Jan 14 2026 21:47:00 | Javitch Block, LLC, 1100 Superior Avenue, Cleveland, OH 44114 |
| 22877220 | + | Email/Text: dallas.bankruptcy@LGBS.com | Jan 14 2026 21:48:00 | LGBS, 100 Throckmorton St # 300, Fort Worth, TX 76102-2833 |
| 22877221 | + | Email/Text: dallas.bankruptcy@LGBS.com | Jan 14 2026 21:48:00 | LGBS-Dallas, 2777 N Stemmons Fwy Suite 1000, Dallas, TX 75207-2328 |
| 22877223 | | Email/Text: bankruptcysecretary@tax.ok.gov | Jan 14 2026 21:47:00 | Oklahoma Tax Commission, 120 N. Robinson Ste. 2000W, Office of the Gen. Counsel/BK Div., Oklahoma City, OK 73102 |
| 22877224 | + | Email/Text: emccain@pbfcm.com | Jan 14 2026 21:47:00 | Perdue Brandon Fielder Collins and Mott LLP, 500 E. Border #640, Arlington, TX 76010-7457 |
| 22877225 | + | Email/Text: ngisupport@radiusgs.com | Jan 14 2026 21:47:00 | Radius Global Solutions, PO Box 390905, Minneapolis, MN 55439-0905 |
| 22877226 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jan 14 2026 21:49:56 | Resurgent Capital Services, PO Box 510090, Livonia, MI 48151-6090 |
| 22877229 | | Email/Text: bankruptcy@sunbit.com | Jan 14 2026 21:47:00 | Sunbit Inc, 10940 Wiltshire Blvd, Los Angeles, CA 90024 |
| 22877230 | + | EDI: SYNC | Jan 15 2026 02:43:00 | SYNCB/Care Credit, PO Box 71757, Philadelphia, PA 19176-1757 |
| 22877228 | | Email/Text: pacer@cpa.state.tx.us | Jan 14 2026 21:48:00 | State Comptroller, Revenue Accounting Division, PO Box 13528, Austin, TX 78711 |
| 22877232 | + | Email/Text: TAX-CTS-Southwestern.BankruptcyMail@usdoj.gov | Jan 14 2026 21:47:00 | Tax Division-US Department of Justice, 717 N. Harwood, Ste. 400, Dallas, TX 75201-6598 |
| 22877234 | + | Email/Text: bcd@oag.texas.gov | Jan 14 2026 21:47:00 | Texas Attorney General, BK-Collections Division, PO Box 12548, Austin, TX 78711-2548 |
| 22877235 | + | Email/Text: collections.pacer@twc.texas.gov | Jan 14 2026 21:48:00 | Texas Workforce Comm., TEC Building-Bankruptcy, 101 E. 15th Street, Austin, TX 78778-0001 |
| 22877236 | + | Email/Text: ustpregion06.da.ecf@usdoj.gov | Jan 14 2026 21:48:00 | U.S. Trustee, 1100 Commerce St., Rm 976, Dallas, TX 75242-0996 |
| 22877237 | | Email/Text: bankruptcydept@uhm.com | Jan 14 2026 21:47:00 | Union Home Mortgage, 8241 Dow Circle West, Strongsville, OH 44136 |
| 22877238 | + | EDI: WFFC2 | Jan 15 2026 02:43:00 | Wells Fargo, PO Box 393, Minneapolis, MN 55480-0393 |

TOTAL: 32

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

| | | |
|---|---|---|
| District/off: 0539-4 | User: admin | Page 3 of 3 |
| Date Rcvd: Jan 14, 2026 | Form ID: 318 | Total Noticed: 39 |

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 16, 2026            Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 13, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Behrooz P. Vida | behrooz@vidatrustee.com bpv@trustesolutions.net;tracy@vidatrustee.com |
| David Anthony Schroeder, I | on behalf of Creditor Union Home Mortgage Corp. ecftxnb@aldridgepite.com aschroeder@ecf.courtdrive.com |
| United States Trustee | ustpregion06.da.ecf@usdoj.gov |
| Warren V. Norred | on behalf of Joint Debtor Sabnam Niraula Khadka warren@norredlaw.com anorred@norredlaw.com;angela@norredlaw.com;clayton@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net;kailey@norredlaw.com |
| Warren V. Norred | on behalf of Debtor Dipesh Khadka warren@norredlaw.com anorred@norredlaw.com;angela@norredlaw.com;clayton@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net;kailey@norredlaw.com |

TOTAL: 5